**Order entered April 20, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00311-CV

**IN THE INTEREST OF E.S., C.S., AND G.S., MINOR CHILDREN**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85,668**

## ORDER

At the request of court reporter Julie C. Vrooman, we extended the deadline for filing the reporter's record in this appeal to April 13, 2020. To date, however, the reporter's record has not been filed and Ms. Vrooman has not otherwise communicated with the Court.

Because this is an accelerated appeal in a parental termination case and the record was first due March 16, 2020, we **ORDER** Ms. Vrooman to file the reporter's record no later than April 27, 2020. We caution Ms. Vrooman that failure to comply may result in the Court taking such action as is necessary to

ensure compliance including ordering she not sit as a court reporter until the record is filed.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Vrooman and the parties.

/s/ BILL WHITEHILL
   JUSTICE